AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY<br><br>*Plaintiff(s)*<br>v.<br>I& A RENOVATION, INC., KHURRAM R. KHAN, and FAUZIA K. GHAURI<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:25-cv-04332-GRB-ST<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  I& A RENOVATION, INC.
7 South Central Ave
Elmsford, NY 10523

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Steven H. Rittmaster
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
Attorneys for Plaintiff
Old Republic Insurance Company
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
(516) 240-8900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 8/5/2025

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> I& A RENOVATION, INC., KHURRAM R. KHAN, and FAUZIA K. GHAURI <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-04332-GRB-ST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KHURRAM R. KHAN
1394 Stephen Place
Valley Stream, NY 11580

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven H. Rittmaster
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
Attorneys for Plaintiff
Old Republic Insurance Company
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
(516) 240-8900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 8/5/2025

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

OLD REPUBLIC INSURANCE COMPANY )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:25-cv-04332-GRB-ST
)
I& A RENOVATION, INC., KHURRAM R. KHAN, and )
FAUZIA K. GHAURI )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  FAUZIA K. GHAURI
1394 Stephen Place
Valley Stream, NY 11580

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven H. Rittmaster
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
Attorneys for Plaintiff
Old Republic Insurance Company
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
(516) 240-8900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:   8/5/2025                               *Laura Jakubowski*
                                    *Signature of Clerk or Deputy Clerk*